JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| LISSA GALE BROWN f/k/a Lissa G. Enriquez,<br><br>Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No. SACV14-00252 DOC (JPRx)<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [11]** |

Based upon the stipulation of the Parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. SACV14-00252 DOC (JPRx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

IT IS SO ORDERED.

Dated: May 29, 2014

*/s/ David O. Carter*

Hon. David O. Carter
Judge, United States District Court

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

0.0

1

Case No. SACV14-00252 DOC (JPRx)
ORDER RE DISMISSAL OF ENTIRE ACTION
WITH PREJUDICE